1
2
3
4                    IN THE UNITED STATES DISTRICT COURT
5                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
6
7    *Bay Marine*                    )
                                     )
8                  Plaintiff(s),     )    No.: C- *08 - 3352* JL
                                     )
9         v.                         )    CONSENT TO PROCEED BEFORE A
     *The Vessel Hali, etc*          )    UNITED STATES MAGISTRATE JUDGE
10                                   )
                   Defendant(s).     )
11   _____)
12
13      CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE
14
15      In accordance with the provisions of Title 28, U.S.C.
16   Section 636(c), party[ies] to the above-captioned civil matter
17   hereby voluntarily waive their rights to proceed before a Judge
18   of the United States District Court and consent to have a United
19   States Magistrate Judge conduct any and all further proceedings
20   in the case, including trial, and the entry of a final judgment.
21   Appeal from the judgment shall be taken directly to the United
22   States Court of Appeals for the Ninth Circuit.
23
24   _____          _____
25   Attorney for Plaintiff              Attorney for Defendant
26   Dated:  *8/27/08*
27
28