GEORGE W. NOWELL (SBN: 83868)
george.nowell@nowelllaw.com
JOHN H. CIGAVIC III (SBN: 231806)
john.cigavic@nowelllaw.com
**LAW OFFICES OF GEORGE W. NOWELL**
120 Montgomery Street, Suite 1990
San Francisco, CA 94104
Telephone: (415) 362-1333
Facsimile: (415) 362-1344

Attorneys for Plaintiff:
BAY MARINE BOATWORKS, INC.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| BAY MARINE BOATWORKS, INC., a California corporation,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>The Vessel HALI, her engines, tackle, licenses and appurtenances, Official Number 500326, <u>in rem</u>,<br><br>　　　　　　Defendant. | CASE NO.: CV 08 3352 JL<br><br>**PROOF OF SERVICE** |

//
//
//
//
//
//
//
//
//
//
//

1

**PROOF OF SERVICE (CV 08 3352 JL)**

P0827.2008-1782

1  I am a resident of California of the United States, over the age of 18 years, and not a party to or interested in the within entitled case. I am an attorney at THE LAW OFFICES OF GEORGE W. NOWELL and my business address is 120 Montgomery Street, Suite 1990, San Francisco, California 94104. I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Post Office. On this date, I served the following:

(1) **Verified Complaint for Foreclosure of Maritime Lien;**
(2) **Summons in a Civil Action;**
(3) **Civil Cover Sheet;**
(4) **Order Setting Initial Case Management Conference and ADR Deadlines;**
(5) **Notice of Assignment of Case to a United States Magistrate Judge for Trial;**
(6) **Consent to Proceed Before a United States Magistrate Judge;**
(7) **Declination to Proceed Before a Magistrate Judge and Request for Reassignment to a United States District Judge;**
(8) **U.S. District Court Northern California ECF Registration Information Handout;**
(9) **Public Notice;**
(10) **Welcome to the U.S. District Court, San Francisco; and**
(11) **Consenting to a Magistrate Judge's Jurisdiction in the Northern District of California.**

\_\_\_\_  **ELECTRONIC FILING**: I served the above by e-filing a PDF copy thereof with the United States District Court for the Northern District of California (San Francisco Division) on 27 August 2008 and signing the same.

\_\_\_\_  **MAIL**: By placing a true copy thereof enclosed in a sealed envelope with first class postage thereon fully prepaid in the United States Post Office at San Francisco, California, addressed as set forth below on 27 August 2008.

 X   **PERSONAL DELIVERY**: By hand delivering a true copy thereof to the person at the address as set forth below on 27 August 2008.

\_\_\_\_  **FEDERAL EXPRESS**: By placing a true copy thereof enclosed in a sealed Federal Express envelope with postage fully prepaid at a Federal Express office located in San Francisco, California, addressed as set forth below on 27 August 2008.

\_\_\_\_  **EXPRESS MAIL**: By placing a true copy thereof enclosed in a sealed Express Mail envelope with postage fully prepaid at a United States Post Office located in San Francisco, California, addressed as set forth below on 27 August 2008.

\_\_\_\_  **FACSIMILE**: By faxing a true copy thereof to the party at the facsimile number as set forth below on 27 August 2008.

Mr. Trung Vo
United States District Court
Northern District of San Francisco
San Francisco Division
450 Golden Gate Avenue
San Francisco, CA 94102

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on 27 August 2008 at San Francisco, California.

*/s/ George W. Nowell*
George W. Nowell, Esq.

LAW OFFICES OF GEORGE W. NOWELL
120 Montgomery Street, Suite 1990
San Francisco, CA 94104
Phone: (415) 362-1333 Fax: (415) 362-1344