UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BAY MARINE BOATWORKS INC., | | No. C 08-3352  JL |
| Plaintiffs, | | |
| v. | | |
| THE VESSEL HALI, et al., | | |
| Defendants. | | |
| and related case. | | |
| PETERSON POWER SYSTEMS, Inc, et al., | | No. C 08-2597 JL |
| Plaintiffs, | | |
| v. | | |
| The Vessel HALI, et al., | | |
| Defendant. | | |
| _____ / | | |

    The Court hereby VACATES the Order Granting Appointment of Pro Bono Counsel for Limited Purposes that was issued on February 27, 2009.

    The Court shall continue to treat Plaintiff's application of assisted settlement conference as an application for appointment of pro bono counsel.  The Court hereby GRANTS the application for appointment of counsel and refers this matter to the Federal

1  Pro Bono Project for appointment of counsel.  This appointment shall be for the limited
2  purpose of representing Plaintiff in preparing for and participating in the Court's mediation
3  program.  The deadline for mediation is extended to March 31, 2009, or as soon thereafter
4  as the mediation can be scheduled.
5      IT IS SO ORDERED.
6  DATED: March 10,  2009

_____
James Larson
Chief Magistrate Judge

10  G:\JLALL\CHAMBERS\CASES\CIVIL\08-3352\Vacate and Appoint.wpd