UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAY MARINE BOATWORKS INC., | No. C 08-3352 JL |
| Plaintiffs, | |
| v. | |
| THE VESSEL HALI, et al., | |
| Defendants. | |
| and related case. | |
| PETERSON POWER SYSTEMS, Inc, et al., | No. C 08-2597 JL |
| Plaintiffs, | |
| v. | |
| The Vessel HALI, et al., | |
| Defendant. _____/ | |

Because the Plaintiff has requested and is in need of counsel to assist him in this matter and a volunteer attorney is willing to be appointed to undertake this representation at the request of the Federal Pro Bono Project, Christopher Goodroe is hereby appointed as counsel for Trung D. Vo and The Vessel "HALI" in this matter for the limited purposes of representing Plaintiff in preparing for and participating in the Court's mediation program.

1   IT IS SO ORDERED.

2   DATED: March 10, 2009

3
4   _____
    James Larson
    Chief Magistrate Judge
5

6   G:\JLALL\CHAMBERS\CASES\CIVIL\08-3352\Appoint Goodroe.wpd