LYLE C. CAVIN, JR., SBN 44958
CHRISTOPHER W. GOODROE, SBN 224386
LAW OFFICES OF LYLE C. CAVIN, JR.
201 Fourth Street, Suite 102
Oakland, California 94607
Tel: (510) 444-2501
Fax: (510) 444-4209

Attorneys for Defendant
For Purpose Of Mediation
TRUNG D. VO



UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAY MARINE BOATWORKS, INC., <br><br> Plaintiff, <br><br> v. <br><br> THE VESSEL HALI, et al., <br><br> Defendants. | Case No. C 08-3352 JL <br> Case No. C 08-2597 JL <br><br> **STIPULATION AND ORDER TO CONTINUE THE CASE MANAGEMENT CONFERENCE** |
| PETERSON POWER SYSTEMS, INC, et al., <br><br> Plaintiff, <br><br> v. <br><br> THE VESSEL HALI, et al., <br><br> Defendants. | Judge: Magistrate James Larson <br> Courtroom: F <br> CMC Date: May 13, 2009 <br> Time: 10:00 a.m. |

Defendant, Trung D. Vo, and plaintiffs Bay Marine Boatworks Inc., and Peterson Power Systems Inc., by and through their attorney's hereby stipulate to continue the Case Management Conference currently set for Wednesday May 13, 2009 at 10:30 a.m. before Magistrate James Larson.

Due to a conflict with defense counsel's schedule the parties have agreed to reschedule the Case Management Conference to Wednesday June 3, 2009 at 10:30 a.m.

Good cause exists for the continuance due to the fact that defense counsel's

---
1
Stipulation And Order To continue the Case Management Conference (Case Nos. C 08-3352JL, C 08-2597JL)

unavailability pre-dated his agreement to undertake further representation of defendant, Mr. Vo.

Further, the parties hereto agree that if Plaintiff Peterson Power files its Motion for Order for Interlocutory Vessel Sale and Authorization to Credit Bid the Parties will not object to the setting of such motion for hearing on June 3, 2009, or at such other time as to which the Court may continue the current Case Management Conference set for May 13, 2009 pursuant to this requested Stipulation.

Dated: May 12, 2009

LAW OFFICES OF LYLE C. CAVIN, JR.

By /s/
Christopher W. Goodroe
Attorneys for Plaintiff
Trung Vo

Dated May 12, 2009

LAW OFFICES OF GEORGE NOWELL

By /s/
George Nowell
Attorneys for Plaintiff
Bay Marine Boatworks Inc.

Dated: May 12, 2009

FITZGERALD ABBOTT & BEARDSLEY LLP

By /s/
Steven Judson
Attorneys for Plaintiff
Peterson Power Systems Inc.

**ORDER:**

GOOD CAUSE being shown the Case management Conference set for

2

Stipulation And Order To continue the Case Management Conference (Case Nos. C 08-3352JL, C 08-2597 (L)

Wednesday May 13, 2009 at 10:00 a.m., is continued to Wednesday June 3, 2009 at 10:00 a.m.

Dated: 5-12-09

US FEDERAL DISTRICT COURT JUDGE

JUDGE JAMES LARSON

---

Stipulation And Order To continue the Case Management Conference (Case Nos. C 08-3352JL, C 08-2597J.)

3