GEORGE W. NOWELL (SBN: 83868)
george.nowell@nowelllaw.com
JOHN H. CIGAVIC III (SBN: 231806)
john.cigavic@nowelllaw.com
**LAW OFFICES OF GEORGE W. NOWELL**
120 Montgomery Street, Suite 1990
San Francisco, CA 94104
Telephone: (415) 362-1333
Facsimile: (415) 362-1344
Attorneys for Plaintiff
BAY MARINE BOATWORKS, INC.

CHRISTOPHER W. GOODROE (SBN: 44958)
**LYLE C. CAVIN, JR. & ASSOCIATES**
201 Fourth Street, Suite 102
Oakland, CA 94607
Telephone: (510) 444-2501
Facsimile: (510) 444-4209
Attorneys for Defendant
THE VESSEL HALI, HER ENGINES, TACKLE, LICENSES
AND APPURTENANCES, OFFICIAL NUMBER 500326, *in rem*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| BAY MARINE BOATWORKS, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>The Vessel HALI, her engines, tackle, licenses and appurtenances, Official Number 500326, <u>in rem</u>,<br><br>Defendant. | **CASE NO.: CV08-3352 JL**<br><br>**STIPULATION FOR CONDITIONAL DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER** |

It is stipulated by and between Plaintiff BAY MARINE BOATWORKS, INC. ("BMB") and Defendant THE VESSEL HALI, HER ENGINES, TACKLE, LICENSES AND APPURTENANCES, OFFICIAL NUMBER 500326, *in rem* ("HALI" or "DEFENDANT"), through BMB's counsel of record and HALI's counsel of record, and requested that, a settlement of this matter having been concluded that the above-entitled action be dismissed with prejudice pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure subject to the condition that

1

1 | if any party hereto certifies to this Court, with proof of service of a copy thereon on opposing
2 | counsel, within three hundred thirty (330) days of the date hereof, that settlement has not in fact
3 | occurred, the foregoing order shall be vacated and this case shall forthwith be restored to the
4 | calendar for further proceedings.
5 |     This stipulation and dismissal completely terminates the above entitled action against all
6 | parties. Each party will bear its own attorney's fees and costs.
7 | //
8 | //
9 | //
10 | //
11 | //
12 | //
13 | //
14 | //
15 | //
16 | //
17 | //
18 | //
19 | //
20 | //
21 | //
22 | //
23 | //
24 | //
25 | //
26 | //
27 | //
28 | //

LAW OFFICES OF GEORGE W. NOWELL
120 Montgomery Street, Suite 1990
San Francisco, CA 94104
Phone: (415) 362-1333 Fax: (415) 362-1344

P0818.2009-1782

2
STIPULATION FOR CONDITIONAL DISMISSAL WITH PREJUDICE
AND (PROPOSED) ORDER (CV 08-3352 (JL))

The parties hereto also request that this Court retain jurisdiction in order to enforce the terms and conditions of the settlement and release.

Dated: August 19, 2009      LAW OFFICES OF GEORGE W. NOWELL

By: _____
GEORGE W. NOWELL
Attorneys for Plaintiff
BAY MARINE BOATWORKS, INC.

Dated: August 18, 2009      LAW OFFICES OF LYLE C. CAVIN, JR.

By: _____
CHRISTOPHER GOODROE
Attorneys for Defendant
THE VESSEL HALI, HER ENGINES, TACKLE, LICENSES AND APPURTENANCES, OFFICIAL NUMBER 500326, in rem and Trung D. Vo

**ORDER**

The parties to the action have advised the court that they have agreed to a settlement.

IT IS HEREBY ORDERED that this matter is DISMISSED WITH PREJUDICE. However, if any party certifies to this court, with proof of service of a copy thereon on opposing counsel, within three hundred thirty (330) days of the date hereof, that settlement has not in fact occurred, the foregoing order shall be vacated and this case shall forthwith be restored to the calendar for further proceedings.

IT IS SO ORDERED.

DATED: August 20, 2009     By: _____
HON. JAMES LARSON
UNITED STATES MAGISTRATE JUDGE

LAW OFFICES OF GEORGE W. NOWELL
120 Montgomery Street, Suite 1990
San Francisco, CA 94104
Phone: (415) 362-1333 Fax: (415) 362-1344

P0818.2009-1782

3
STIPULATION FOR CONDITIONAL DISMISSAL WITH PREJUDICE
AND (PROPOSED) ORDER (CV 08-3352 (JL))